FILED
September 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002961122

5

Carl W. Collins (State Bar No. 109282)
Attorney at Law
1127-12th Street, Suite 202
P.O. Box 3291
Modesto, California  95353
Telephone: (209) 521-8100
Facsimile: (209) 524-8461
Modesto, California  95353
Telephone (209) 521-8100
Facsimile (209) 524-8461
E-mail carl@cwcollinslaw.com


Attorney for Trustee
Michael D. McGranahan


IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Modesto Division)

| | |
|---|---|
| In re: | Case No: 08-92385 |
| INNOVATIVE STRUCTURES, INC. | Chapter 7 case |
| 1305 10th Street, Suite A<br>Modesto, CA 95354 | DC No. CWC-19 |
| Tax ID/EIN 91-1955403 | Date: October 27, 2010<br>Time: 10:30 a.m. |
| Debtor. | Place: Modesto Courtroom<br>Department E |

**MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**

**OF THE ESTATE FREE AND CLEAR OF LIENS**

**(Office & Shop Equipment)**

To: The Honorable Ronald H. Sargis, U.S. Bankruptcy Judge:

    Michael D. McGranahan, the duly qualified and acting trustee in this case, pursuant to 11 U.S.C. § 363(f) and Federal Rule of Bankruptcy Procedure 6004, respectfully represents:

    1.  This Court has jurisdiction of this matter under 28 U.S.C. §§ 1334 and 157(a).

2. On November 5, 2008, the Debtor filed a voluntary petition under Chapter 11 of Title 11, United States Code, in the above-entitled Court. On October 13, 2009, the court entered an order converting the case to case under Chapter 7. Michael D. McGranahan has been appointed Chapter 7 Trustee in the case.

3. Among the assets of the Chapter 7 bankruptcy estate is the Debtor's interest in certain miscellaneous office equipment and shop equipment ("Misc. Equipment") utilized in the Debtor's former steel construction business and more particularly described in an Equipment List attached to the List of Exhibits filed concurrently herewith.

4. The Trustee has received an offer from J.R. Daniels Commercial Builders, Inc., 5222 Pirrone Court, Suite 301, Salida CA, 95368 ("Buyer") to purchase the Debtor's interest in the Misc. Equipment for $8,150 in cash or certified funds. The Buyer is purchasing the Misc. Equipment on an "As Is, Where Is" basis. Said sale is without representation or warranties of any kind, express or implied, including, without limitation, representations of merchantability and/or fitness for any particular purpose.

5. The Buyer will tender the purchase price in the amount of $8,150 to the Trustee prior to the hearing seeking court approval of the sale.

6. James R. Daniels and his wife, Salli F. Daniels are the shareholders of the Debtor, Innovative Structures, Inc. James R. Daniels is also the principal shareholder of the Buyer, J.R. Daniels Commercial Builders, Inc.

7. Central California Bank filed a UCC-1 Financing

MOTION FOR AUTHORIZATION TO SELL
PERSONAL PROPERTY OF THE ESTATE
FREE AND CLEAR OF LIENS
(Office & Shop Equipment)           2

Statement with the California Secretary of State on July 19, 2002 as Document No. 02-20360375 creating a security interest in the Debtor's assets including the Misc. Equipment. Umpqua Bank is the successor in interest to Central California Bank with respect to this claim. The Trustee is informed and believes that Umpqua Bank will appear at the hearing seeking court approval of the sale and confirm that it consents to this Motion for sale free & clear of liens and has agreed to release its security interest in said Misc. Equipment provided that its lien attaches in respective priority to the net proceeds derived from the sale of the Misc. Equipment and that such net proceeds are deposited into a separate blocked account. Consistent with the Court's previous Order Approving a Stipulation for the Extension of Use of Cash Collateral entered October 10, 2009 (Document No. 318), Umpqua Bank has agreed that such net proceeds would be allocated 70/30 with 70% of the net proceeds distributed to Umpqua Bank and 30% to the bankruptcy estate.

8. Umpqua Bank filed a UCC-1 Financing Statement with the California Secretary of State on July 20, 2007 as Document No. 07-7122132843 creating a security interest in the Debtor's assets including the Misc. Equipment. Umpqua Bank has consented to this Motion for sale free & clear of liens and has agreed to release its security interest in said Misc. Equipment provided that its lien attaches in respective priority to the net proceeds derived from the sale of the Misc. Equipment and that such net proceeds are deposited into a separate blocked account. Consistent with the Court's previous Order Approving a Stipulation for the Extension of Use of Cash Collateral entered October 10, 2009

(Document No. 318), Umpqua Bank has agreed that such net proceeds would be allocated 70/30 with 70% of the net proceeds distributed to Umpqua Bank and 30% to the bankruptcy estate.

9. State of California, Employment Development Department ("EDD") filed several Notice of State Tax Liens with the California Secretary of State on October 14, 1997 as Document No. 97-2906032807, on May 18, 2007 as Document No. 07-71144343 and on October 24, 2007 as Document No. 07-7123417789 for unpaid pre-petition state payroll taxes owed by the Debtor. By operation of law under 11 U.S.C. § 724(b), these EDD tax liens may be subordinated to senior lien holders and to the administrative expenses and priority claims in the bankruptcy estate before any distribution to the tax lien claimant. Therefore, this lien holder could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of its interest under 11 U.S.C. § 363(f)(5).

10. This is an appropriate case for the Court to Order a sale free and clear of liens and interests because of the consents of the lien holders, and the liens and security interests in bone-fide dispute.

11. The sale is subject to Bankruptcy Court approval and subject to such overbids as may be received at the time of the hearing and subject to such overbid requirements as the Court may impose.

12. Said sale represents the Trustee's best efforts to sell the Debtor's interest in the Misc. Equipment for the highest possible price and the Trustee believes that the proposed sale is in the best interests of the estate.

WHEREFORE, the Trustee prays that the Court enter an order:

1. Authorizing the Trustee to enter into the proposed sale of the Debtor's interest in the above-described Misc. Equipment to J.R. Daniels Commercial Builders, Inc. for the sum of $8,150 in cash or certified funds on an "As Is, Where Is" basis;

2. Authorizing the Trustee to sell the Misc. Equipment free and clear of the above-described liens of Central California Bank and Umpqua Bank with said liens to attach to the net proceeds and with such proceeds to be placed in a federally insured interest bearing blocked account. Such funds shall be withdrawn only upon further order of this Court;

3. Authorizing the Trustee to sell the Misc. Equipment free and clear of the above-described tax liens of the State of California, Employment Development Department with said tax liens to be subordinated to senior lien holders and to the administrative expenses and priority claims of the bankruptcy estate before any distribution to the tax lien claimant under 11 U.S.C. § 724(b);

4. Authorizing the Trustee to take such other and further action consistent with the proposed sale; and

5. For such other further relief as the court deems just and proper.

Dated: 4-28-10

Respectfully Submitted,

Law Office of Carl W. Collins

_____
Carl W. Collins
Attorney for Trustee

MOTION FOR AUTHORIZATION TO SELL
PERSONAL PROPERTY OF THE ESTATE
FREE AND CLEAR OF LIENS
(Office & Shop Equipment)                    5