FILED
September 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002961125

Carl W. Collins (State Bar No. 109282)
Attorney at Law
1127-12th Street, Suite 202
P.O. Box 3291
Modesto, California 95353
Telephone (209) 521-8100
Facsimile (209) 524-8461
E-mail carl@cwcollinslaw.com

Attorney for Trustee
Michael D. McGranahan

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Modesto Division)

| | |
|---|---|
| In re:<br><br>INNOVATIVE STRUCTURES, INC.<br><br>1305 10th Street, Suite A<br>Modesto, CA 95354<br><br>Tax ID/EIN 91-1955403<br><br>                Debtor. | Case No: 08-92385<br><br>Chapter 7 case<br><br>DC No. CWC-19<br><br>Date: October 27, 2010<br>Time: 10:30 a.m.<br>Place: Modesto Courtroom<br>       Department E |

**LIST OF EXHIBITS IN SUPPORT OF MOTION FOR AUTHORIZATION**

**TO SELL PERSONAL PROPERTY OF THE ESTATE**

**FREE AND CLEAR OF LIENS**

**(Office & Shop Equipment)**

Exhibit 1 - List of Office and Shop Equipment Contract . . . . 2

| Equipment - final Innovative | Quantity | Value | Total |
|---|---|---|---|
| Desk Top Computers | 14 | 100 | 1400 |
| Misc. electronic stuff | | | 100 |
| Misc Office supplies and Equip | | | 300 |
| Small Scissor lift | | | 500 |
| Small sheet metal break | | | 350 |
| 10' sheet metal hand break | | | 1200 |
| 10' shear | | | 1200 |
| Small generator | | | 50 |
| towable broken IR compressor | | | 350 |
| Small hand tools various | | | 350 |
| Small cat fork lift | | | 500 |
| ~~4 JLG lifts - broken 80s vintage~~ | | | 0 Asset owned personally - listed on |
| ~~Champ lift - rolled broken~~ | | | 0 Asset owned personally - listed on |
| ~~Lift all forklift~~ | | | 0 Asset owned personally - listed on |
| Small band saw | | | 150 |
| Small welders on trucks | | | 400 |
| samll iron worker | | | 250 |
| Ladders, small tools on trucks | | | 500 |
| Portable welder | | | 500 |
| Pressure washer | | | 50 |
| | | | $ 8,150.00 |

*C. Daniels Personal*

PAGE 2